**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DUSHAN STEPHAN NICKOLICH, II, | No. 10-17623 |
| Plaintiff - Appellant, | D.C. No. 2:06-cv-02508-SMM |
| v. | |
| RICHARD ROWE, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the District of Arizona
Stephen M. McNamee, District Judge, Presiding

Submitted December 19, 2011[**]

Before:    GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Dushan Stephan Nickolich, II, an Arizona state prisoner, appeals pro se from

the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that

Rowe was deliberately indifferent to his serious medical needs. We have

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment on Nickolich's Eighth Amendment claim because Nickolich failed to raise a genuine dispute of material fact as to whether Rowe's failure to diagnose diabetes constituted deliberate indifference. *See id.* at 1057-58 (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to an inmate's health and safety; a difference of medical opinion about the best course of medical treatment does not amount to deliberate indifference).

Nickolich's remaining contentions are unpersuasive.

**AFFIRMED.**